IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:17CR078 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW R. GOLECH, | ) | |
| | ) | |
| Defendant. | ) | <u>JOURNAL ENTRY</u> |

This matter came on to be heard upon the petition of Aaron P. Howell, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Sheriff, Summit County Jail, Akron, Ohio, and/or the United States Marshal at Akron, Ohio.  The Court, being fully advised in the said matter, finds that the said Matthew R. Golech, is detained in the Summit County Jail, Akron, Ohio, under the custody of said Sheriff.

The Court further finds that the said United States desires to proceed to arraign the defendant on an indictment charging violations of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and Title 18, United States Code, Section 924(c)(1), at Akron, Ohio, before

the Honorable Magistrate Judge Kathleen B. Burke on Monday, March 27, 2017, at 1:00 p.m., and to other court proceedings relating to such indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Akron, Ohio.

_____
KATHLEEN B. BURKE
UNITED STATES MAGISTRATE JUDGE
DATE: 3/24/2017