RICHARD P. KUTUCHIEF
ATTORNEY AND COUNSELOR AT LAW
159 South Main Street
Suite 807
AKRON, OHIO  44308

PHONE   330-762-1134                       justuse@aol.com                                Fax    330-762-2226

April 14, 2017

Sent by email to aaron.howell@usdoj.gov


Aaron Howell
Assistant United States Attorneys
208 Federal Building
2 South Main Street
Akron, Ohio 44308

   Re: **United States v. Matthew R. Golech**
     Case No. 5:17cr00078-SL

Dear Attorney Howell:

  As you recall, I represent Matthew R. Golech.

  To insure protection of Mr. Golech's rights to due process of law and effective assistance of counsel in accordance with the **United States Constitution**, I am seeking to provide my client with a basis upon which to make informed and intelligent decisions regarding the possible or probable consequences of pleading guilty or requesting a trial in the above-captioned case.  **See**,  *United States v. Cronic*, 466 U.S. 648 (1984); *Santobello v. New York*, 404 U.S. 257 (1971); *McMahon v. Richardson*, 397 U.S. 759 (1970); *Avery v. Alabama*, 308 U.S. 444 (1940); *Scott v. Wainwright*, 698 F.2d 427 (11th Cir. 1983); *Mason v. Balcom*, 531 F.2d 717 (5th Cir. 1976).

  For these reasons, and pursuant to *Title 18 U.S.C. § 3551, et seq., Title 28 U.S.C. § 991, et seq.,* and the *United States Sentencing Commission Guidelines, I* request that you advise me at your earliest opportunity of any facts and circumstances presently known to the government or reasonably discoverable by it, which would be germane to sentencing-related issues under the guidelines or to calculation of the applicable sentencing guideline range, should my client be convicted of any one or more of the charges set forth in the instant indictment.

  More Specifically, I am requesting that as soon as possible you provide me with the following information with its documentary support:

  1. What guideline does the government contend is applicable in this case:

2. What aggravated offense characteristic, if any, does the government contend is applicable to this case?

3. What adjustments, if any, does the government contend are applicable to this case?

4. Upon what grounds, if any, will the government be seeking a departure from the guidelines in this case?

5. With regard to the defendant's prior criminal record, what is the date, location, and court docket number of each conviction upon which the government will rely to aggravate the defendants sentence; and what criminal history category does the government contend is applicable in this case?

Furthermore, I ask that you also forward to me any other information which would bear upon an understanding or computation of the following sentencing and guideline factors: base offense levels, specific offense characteristics, relevant conduct, adjustments, criminal history, offender characteristics, plea agreements, departures, probation and supervised release.

These requests are of a continuing nature which presume that you will keep me immediately advised of any further information that comes to your attention which might in any way alter or modify your response to the inquiries set forth above.

If you have any questions regarding the nature of this request, please do not hesitate to contact me.

Your kind attention to this request is most appreciated.

Very truly yours,

s/ *Richard P. Kutuchief*

Richard P. Kutuchief

RPK:smf

**EXHIBIT B**

2